THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gerald Davis,       
Appellant.
 
 
 

Appeal From Spartanburg County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-003
Submitted October 22, 2002  Filed January 
 6, 2003

AFFIRMED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for appellant.
Attorney General Charles M. Condon, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson; 
 Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and 
 Solicitor Harold W. Gowdy, III, of Spartanburg, for respondent.
 
 
 

 PER CURIAM:  Affirmed pursuant to Rule 
 220(b)(2), SCACR, and the following authorities: State v. Rochester, 
 301 S.C. 196, 200, 391 S.E.2d 244, 247 (1990) (On appeal, the conclusion of 
 the trial judge on issues of fact as to voluntariness of a confession will not 
 be disturbed unless so manifestly erroneous as to show an abuse of discretion.); 
 State v. Wilson, 345 S.C. 1, 6, 545 S.E.2d 827, 829 (2001) (holding this 
 Court must simply determine[] whether the trial judges ruling is supported 
 by any evidence); State v. Peake, 291 S.C. 138, 139, 352 S.E.2d 487, 
 488 (1987) (holding the test for determining the admissibility of a statement 
 is whether it is knowingly, intelligently, and voluntarily given);  State 
 v. Childs, 299 S.C. 471, 476, 385 S.E.2d 839, 842 (1989) (holding where 
 there is conflicting evidence about the voluntariness of a confession, the trial 
 court must make a finding of fact as to the statements admissibility).
AFFIRMED. [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.